NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY AARON, JR., ) | No. C 07-6183 JF (PR) |
| Petitioner, ) | JUDGMENT |
| vs. ) | |
| ROBERT SILLEN, et al., ) | |
| Respondents. ) | |

The Court has dismissed the instant habeas action without prejudice because Petitioner's challenges to the conditions of his confinement should be brought in a civil rights complaint pursuant to 42 U.S.C. § 1983. Accordingly, a judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/12/07

JEREMY FOGEL
United States District Judge

Judgment
P:\pro-se\sj.jf\hc.07\Aaron183jud

1  A copy of this ruling was mailed to the following:

2

3  Michael Anthony Aaron, Jr.
C-80246
San Quentin State Prison
4  San Quentin, CA 94964

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.07\Aaron183jud